IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Petitioner,

   v.

SAN JOAQUIN COUNTY COURT OFFICIALS, ET AL.,

        Respondents.

No. 2:06-cv-0870-MCE-DAD-P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 27, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

Petitioner has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 27, 2006, are adopted in full; and

2. Petitioner's Application for a Writ of Habeas Corpus is dismissed without prejudice for failure to exhaust state court remedies on any claim alleged in the application.

DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2